IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EIDO HUSSAM AL-NAHHAS,<br>also known as Mohammad Al-Nahhas,<br>on behalf of Plaintiff and the class members<br>described below,<br><br>        Plaintiff,<br><br>vs.<br><br>ROSEBUD LENDING LZO d/b/a ZocaLoans;<br>777 PARTNERS LLC;<br>TACTICAL MARKETING PARTNERS, LLC;<br>and JOHN DOES 1-20,<br><br>        Defendants. | Misc. Action No.: 3:23-MC-535<br><br>Case No.: 1:22-cv-00750<br>U.S. District Court, Northern District<br>of Illinois |

**PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA
DIRECTED TO NONPARTY FIRST REPUBLIC BANK**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Eido Hussam Al-Nahhas ("Plaintiff") respectfully moves this Court for an order compelling First Republic Bank to comply with the third-party subpoena issued on April 18, 2023. Alternatively, this Court should enter an order holding First Republic Bank in contempt. Pursuant to Local Rule 7-1, Plaintiff has attempted to confer with First Republic Bank regarding its position with respect to this motion, but has not heard back. First Republic Bank has willfully refused to confer for the past week.

Dated: June 27, 2023                               Respectfully submitted,

                                                                      */s/ Matthew J. Goldstein*
                                                                      Matthew J. Goldstein, *pro hac vice pending*
                                                                      ARDC #6339033
                                                                      EDELMAN, COMBS, LATTURNER
                                                                          & GOODWIN, LLC
                                                                      20 S. Clark Street, Suite 1500
                                                                      Chicago, IL 60603-1824
                                                                      (312) 739-4200
                                                                      (312) 419-0379 (FAX)
                                                                      mgoldstein@edcombs.com

#103109

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, hereby certify that on Tuesday, June 27, 2023, I caused a true and accurate copy of the foregoing document to be mailed to the Clerk of the United States District Court for the District of Oregon to be filed with the Court. I further certify that I sent a copy of this document to the following:

>Jenni Perez
>First Republic Bank
>jeperez@firstrepublic.com

>/s/ Matthew J. Goldstein
>Matthew J. Goldstein

Matthew J. Goldstein, *pro hac vice pending*
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

2